# IIN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DOUGLAS JOELL PORTER** | Case No.: 4:19-CR-00007-CDL-MSH-1 |

## ORDER ON MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

Defendant **Douglas Porter**, has moved the Court to continue the pre-trial conference of his case, presently scheduled for May 28, 2019. The Government does not oppose this motion. Defendant was arraigned on April 24, 2019, and is currently in custody. Additional time is needed for pretrial investigation and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete investigation and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedier trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 17] is **GRANTED**, and it is hereby ordered that this case shall be continued to the Court's next scheduled trial term (September 2019). The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161.

It is SO ORDERED, this 30**th** day of **April 2019**.

                                             s/Clay D. Land
                                             HONORABLE CLAY D. LAND
                                             UNITED STATES DISTRICT COURT